# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Johnson Controls Fire Protection LP | 12/9/2022 | Wire | $ 12,950.54 |
| Akorn Operating Company, LLC | Johnson Controls Fire Protection LP | 1/6/2023 | Wire | $ 4,750.00 |
| Akorn Operating Company, LLC | Johnson Controls Fire Protection LP | 1/13/2023 | Wire | $ 1,683.92 |
| Akorn Operating Company, LLC | Johnson Controls Fire Protection LP | 2/1/2023 | Wire | $ 3,570.28 |
|  |  |  |  | $ 22,954.74 |